IVAN D. GALVAN, G56074
Name and Prisoner/Booking Number

California State Prison-SOLANO
Place of Confinement

2100 Peabody Road, C-16-155-Low
Mailing Address

VACaville, California 95696
City, State, Zip Code

IN PRO SE

(Failure to notify the Court of your change of address may result in dismissal of this action.)

<div style="border:1px solid">

**FILED**

**Aug 01, 2022**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

</div>

## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF CALIFORNIA

IVAN DEJESUSVALTI GALVAN             ,
(Full Name of Plaintiff)         Plaintiff,

v.

(1) V. MILASICH, et al.,             ,
(Full Name of Defendant)

(2)                                  ,

(3)                                  ,

(4)                                  ,
            Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO.  2:22-cv-1359-DMC (PC)
        (To be supplied by the Clerk)

JURY TRIAL DEMANDED

CIVIL RIGHTS COMPLAINT
BY A PRISONER

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
    ☐ Other: _____

2. Institution/city where violation occurred: Pleasant VAlley State Prison

## B. DEFENDANTS

1. Name of first Defendant: _V. MILASICH , et al.,_ . The first Defendant is employed as: _Food Truck delivery Person_ at _Pleasant Valley state Prison_
   <div align="center">(Position and Title)</div> <div align="center">(Institution)</div>

2. Name of second Defendant: _____. The second Defendant is employed as: _____ at _____.
   <div align="center">(Position and Title)</div> <div align="center">(Institution)</div>

3. Name of third Defendant: _____. The third Defendant is employed as: _____ at _____.
   <div align="center">(Position and Title)</div> <div align="center">(Institution)</div>

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
   <div align="center">(Position and Title)</div> <div align="center">(Institution)</div>

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☐ Yes    ☒ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
      _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
      _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
      _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D.  CAUSE OF ACTION

### CLAIM I

1.  State the constitutional or other federal civil right that was violated: _EIGHTH (8th) Amendment United States Constitution; Cruel and unusual Punishment_

2.  **Claim I.** Identify the issue involved. Check only one. State additional issues in separate claims.

- [ ] Basic necessities
- [ ] Disciplinary proceedings
- [ ] Excessive force by an officer
- [ ] Mail
- [ ] Property
- [x] Threat to safety
- [ ] Access to the court
- [ ] Exercise of religion
- [ ] Other: _____
- [ ] Medical care
- [ ] Retaliation

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_That, on August 21, 2020 while working on the back dock of facility C, I was receiving the food carts from the food truck when a cart full of food struck me in the head. As I was waiting for the food carts to be lowered and removed from the food truck, V. Milasich, Heavy Truck driver, engaged the button that tilted the ramp on the truck forward instead of lowering it. This action caused the food carts full of food to roll forward as the safety block stopping mechanism was not engaged by V. Milasich the defendant in this action. His reckless endangerment was the cause of this Plaintiff's physical injury, a serious scalp laceration on my forehead and scalp which required 6 sutures and 1-staple to close the L-shaped laceration. The injury suffered by this Plaintiff was with gross negligence on the defendant's part in furtherance, Plaintiff further suffered Headaches and dizziness. (see Ex-15). The In-Prison-conditions cases that state of mind is one of 'deliberate indifference' to inmate Health or Safety._

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_V. Milasich, defendant et al., engaged the button that tilted the ramp on the food truck which caused the food cart to fall ontop of my head, a gross and reckless manuever on his part which caused my physical inju._

5.  **Administrative Remedies:**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? [x] Yes [ ] No
    b.  Did you submit a request for administrative relief on Claim I? [x] Yes [ ] No
    c.  Did you appeal your request for relief on Claim I to the highest level? [x] Yes [ ] No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

CLAIM II

1.   State the constitutional or other federal civil right that was violated: _____
_____.

2.   Claim II.  Identify the issue involved.  Check only one.  State additional issues in separate claims.
   ☐ Basic necessities          ☐ Mail              ☐ Access to the court      ☐ Medical care
   ☐ Disciplinary proceedings   ☐ Property          ☐ Exercise of religion     ☐ Retaliation
   ☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____.

3.   Supporting Facts.  State as briefly as possible the FACTS supporting Claim II.  Describe exactly what each
Defendant did or did not do that violated your rights.  State the facts clearly in your own words without citing legal
authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

4.   Injury.  State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____.

5.   Administrative Remedies.
   a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your
        institution?                                                      ☐ Yes   ☐ No
   b.   Did you submit a request for administrative relief on Claim II?     ☐ Yes   ☐ No
   c.   Did you appeal your request for relief on Claim II to the highest level?   ☐ Yes   ☐ No
   d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you
        did not. _____
        _____.

4

## CLAIM III

1.  State the constitutional or other federal civil right that was violated: _____
    _____

2.  Claim III. Identify the issue involved. Check only one. State additional issues in separate claims.
    - ☐ Basic necessities
    - ☐ Disciplinary proceedings
    - ☐ Excessive force by an officer
    - ☐ Mail
    - ☐ Property
    - ☐ Threat to safety
    - ☐ Access to the court
    - ☐ Exercise of religion
    - ☐ Other: _____
    - ☐ Medical care
    - ☐ Retaliation

3.  Supporting Facts. State as briefly as possible the FACTS supporting Claim III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____

4.  Injury. State how you were injured by the actions or inactions of the Defendant(s).

    _____
    _____
    _____

5.  Administrative Remedies.
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes   ☐ No
    b.  Did you submit a request for administrative relief on Claim III?  ☐ Yes   ☐ No
    c.  Did you appeal your request for relief on Claim III to the highest level?  ☐ Yes   ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
        _____

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

5

## E. REQUEST FOR RELIEF

State the relief you are seeking:

1. Plaintiff is seeking #3.5 million dollars in monetary relief
2. Plaintiff is also seeking a $1000,000 (million) dollar lien against v. MILASICH Residential property, Real property "i.e. House, cars, boats, motorcycles, Airplaine's, helicopter's etc, and against Defendants personal checking account[s], saving's accounts until the lawsuit is finalized and/or settled. which ever comes first. 3. finally, plaintiff is requesting appointment of counsel

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  8-1-2022
               DATE

_IVAN GALVAN_
SIGNATURE OF PLAINTIFF
IVAN D. GALVAN,
IN PRO SE.

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
_____
_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.