**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IVAN DEJESUS VALTI GALVAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>V. MILASICH,<br><br>　　　　Defendant. | Case No. 1:22-cv-00974-JLT-SAB (PC)<br><br>ORDER DISMISSING ACTION FOR FAILURE TO STATE A COGNIZABLE CLAIM FOR RELIEF, AND DIRECTING CLERK OF COURT TO CLOSE THE ACTION<br><br>(Doc. 14) |

The assigned magistrate judge screened the First Amended Complaint and found Plaintiff failed to state a cognizable claim. (Doc. 14.) In addition, the Court determined that further leave to amend would be futile given Plaintiff's failure to cure the deficiencies previously identified to him. (*Id.*)

The Court served the Findings and Recommendations on Plaintiff. It contained notice that any objections were to be filed within 14 days after service. (*Id*. at 6.) The Court advised Plaintiff that "failure to file objections within the specified time may result in the waiver of the 'right to challenge the magistrate's factual findings' on appeal." (*Id.* quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).) To date, Plaintiff has not filed objections, and the time to do has expired.

///

///

///

1

According to 28 U.S.C. § 636 (b)(1)(C), this Court conducted a *de novo* review of the case. Having carefully reviewed the entire matter, the Court concludes the magistrate judge's Findings and Recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on September 16, 2022 (Doc. 14) are **ADOPTED IN FULL**.
2. The instant action is **DISMISSED** for failure to state a cognizable claim for relief.
3. The Clerk of Court is directed to close this action.

IT IS SO ORDERED.

Dated: **October 14, 2022**

UNITED STATES DISTRICT JUDGE

2